**Opinion issued April 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01038-CV

_____

**ASHLEE WALKER, Appellant**

**V.**

**TX CYPRESS CREEK LLC, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1262946

## MEMORANDUM OPINION

Appellant Ashlee Walker failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On March 26, 2026, the Clerk of this Court notified Appellant that her appellate brief was past due, and her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file her brief and a motion

requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.